## PHAUP *v.* JERVEY *et al.*

BELL, Justice. 1. In an undefended suit on a verified account in a justice's court, the affidavit is sufficient proof where the defendant is served personally; but where service has been made by leaving a copy of the writ at the defendant's residence, other evidence is necessary. *Peeples* v. *Sethness Co.*, 119 *Ga.* 777 (47 S. E. 170); *Dixon* v. *Holliman*, 37 *Ga. App.* 353 (3) (140 S. E. 384); Code of 1933, § 24-1302.

2. The lack of other proof, however, in case of service by leaving a copy at the defendant's residence does not render a judgment for the plaintiff void. *Brown* v. *Webb*, 121 *Ga.* 281 (48 S. E. 917). The judgment is merely erroneous, and is subject to correction by a timely and proper proceeding at law. *Royal* v. *McPhail*, 97 *Ga.* 457 (25 S. E. 512). Upon such facts, without more, a suit in equity to cancel the judgment will not lie. The court did not err in sustaining the general demurrer and dismissing the petition. *Judgment affirmed. All the Justices concur.*

No. 10651. MAY 17, 1935. REHEARING DENIED JUNE 14, 1935.

*J. Emmett Baird,* for plaintiff. *J. H. Kennerly,* for defendants.